UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VASQUEZ, | No. 2:19-cv-1283 AC P |
| Plaintiff, | |
| v. | ORDER |
| EILYA MOGHADDAM, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a sixty-day extension of time to file an amended complaint. ECF No. 11. In support of his request, plaintiff states the case is complex and that due to current COVID-19 and other restrictions at the prison, access to its law library is limited. See id.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is GRANTED, and

2. Within sixty days from the date of this order plaintiff shall file an amended complaint.

DATED: June 4, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE