UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VASQUEZ, | No. 2:19-cv-1283 AC P |
| Plaintiff, | |
| v. | ORDER |
| EILYA MOGHADDAM, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that Defendants were deliberately indifferent to his serious medical needs in violation of his Eighth Amendment rights.

On February 23, 2022, Defendants filed a motion to opt out of the post-screening ADR Project. ECF No. 37. After reviewing the motion, the Court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the ADR Project (ECF No. 37) is GRANTED;

2. The STAY of this action (see ECF No. 36) is LIFTED, and

3. By separate order, the Court will set a schedule for this case.

DATED: February 25, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1