IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW VASQUEZ,** | Case No. 2:19-cv-01283-AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **EILYA MOGHADDAM, et al.,** | |
| Defendants. | |

Defendants' request to conduct Plaintiff Andrew Vasquez's deposition via videoconference (ECF No. 40) is GRANTED. Nothing in this order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

Dated: March 23, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE