IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW VASQUEZ,** | Case No. 2:19-cv-01283 AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **EILYA MOGHADDAM, et al.,** | |
| Defendants. | |

On May 6, 2022, Defendants Moghaddam, Mallot, Wheeler, and Perez requested an extension of time to respond to Plaintiff's first set of request for production of documents.  ECF No. 42.  **FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time of 30 days, up to and including June 8, 2022, in which to serve Plaintiff with their responses to Plaintiff's first set of request for production of documents.

Dated: May 9, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1