IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW VASQUEZ,** | Case No. 2:19-cv-01283 AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **EILYA MOGHADDAM, et al.,** | |
| Defendants. | |

On June 7, 2022, Defendants Moghaddam, Mallot, Wheeler, and Perez requested a second extension of time to respond to Plaintiff's first set of request for production of documents. ECF No. 45. **FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time of 45 days, up to and including July 25, 2022, in which to serve Plaintiff with their responses to Plaintiff's first set of request for production of documents.

Dated: June 7, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE