UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VASQUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>EILYA MOGHADDAM, et al.,<br><br>  Defendants. | No.  2:19-cv-1283 AC P<br><br><br><br>ORDER |

On July 26, 2022, the parties filed a signed stipulation indicating that they wish to correct the identity of a party.  ECF No. 50.  The stipulation states that the current defendant "Perez" in this action should be identified as "A. Perez."  Id. at 1.  The joint stipulation also states that defendant A. Perez joins in the existing answer to the complaint, with the exception of paragraph 2, lines 5-6, which should be amended to reflect that A. Perez is employed as a correctional sergeant at California Medical Facility.  Id.

Accordingly, IT IS HEREBY ORDERED that:

1.  Sergeant A. Perez, a correctional sergeant at California Medical Facility, shall take the place of Defendant Perez as a party to this action;

2.  The Clerk of Court shall update the case caption of the docket accordingly.

DATED: July 26, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE