IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW VASQUEZ,** | Case No. 2:19-cv-01283 AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **EILYA MOGHADDAM, et al.,** | |
| Defendants. | |

    The Court has considered Defendants' request for an extension of time to file their motion for summary judgment. ECF No. 55. Good cause appearing, the request is GRANTED. Defendants may have until December 13, 2022, to file their motion for summary judgment.

    **IT IS SO ORDERED.**

Dated:  November 22, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1