UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VASQUEZ, | No. 2:19-cv-1283 AC P |
| Plaintiff, | |
| v. | ORDER |
| EILYA MOGHADDAM, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a sixty-day extension of time to file an opposition to defendants' motion for summary judgment. ECF No. 58. This is plaintiff's first request for an extension of time. In support of the motion, plaintiff states that the location where he is housed has implemented COVID-19 restrictions. He also believes that filing a response to defendants' motion will be complex. Id.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 58) is GRANTED, and

2. Within sixty days from the date of this order, plaintiff shall file an opposition to defendants' motion for summary judgment.

DATED: January 10, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE