UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VASQUEZ, | No. 2:19-cv-1283 AC P |
| Plaintiff, | |
| v. | ORDER |
| EILYA MOGHADDAM, et al., | |
| Defendants. | |

    Plaintiff has filed his second request for an extension of time to file a response to defendant's motion for summary judgment.  ECF Nos. 58, 60 (first and second extension requests).  In response to his first request, he was granted an additional sixty days.  ECF Nos 58, 59 (extension request and grant of same).  In the instant request, he asks for an additional ninety days to file his response.  ECF No. 60 at 1.

    In support of the motion, plaintiff states, in part, that responding to defendant's motion will require extensive research, and that he is currently consulting with a medical expert.  ECF No. 60 at 1.  He also states that he has limited access to the prison law library.  Id.  Good cause appearing, the request will be granted.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's second motion for an extension of time to file a response to defendant's motion for summary judgment (ECF No. 60) is GRANTED, and

2. Within ninety days from the date of this order, plaintiff shall file a response to defendant's motion for summary judgment.

**Plaintiff is cautioned that absent exigent circumstances, no further extensions of time will be granted.**

DATED: March 21, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE