1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     ANDREW VASQUEZ,                         No.  2:19-cv-01283 AC

12                   Plaintiff,

13           v.                                ORDER

14     EILYA MOGHADDAM, et al.,

15                   Defendants.

16

17          The parties are hereby notified that due to recent budget changes, staffing cut-backs have

18     occurred that will affect the processing times for all pending matters in this case.  A review of the

19     docket further indicates that not all parties have returned the form indicating whether they consent

20     to have the assigned Magistrate Judge conduct all proceedings and enter judgment in this case

21     pursuant to 28 U.S.C. § 636(c).  The Magistrate Judge consent process can help bring about the

22     "just, speedy, and inexpensive determination" of federal cases.  Fed. R. Civ. P. 1.  Just as with a

23     judgment issued by a District Judge, a judgment issued by a Magistrate Judge to whom the parties

24     in a civil case have consented is appealable directly to the Ninth Circuit Court of Appeals.  In

25     light of the foregoing, any party who has not yet completed the Order Re Consent or Request for

26     Reassignment that is attached to this notice, is directed to complete and return it to the court

27     within 14 days.

28     ////

                                                    1

1    The parties are advised that they are free to withhold consent without any adverse

2    substantive consequences to their case.

3    If all parties to a case consent, then a District Judge to whom this case is referred will be

4    notified and will consider whether to approve the consent.  Once the District Judge accepts, then

5    the Magistrate Judge determines whether to accept jurisdiction over all dispositive matters by

6    consent, including whether any conflicts or bases for recusal exist.

7    The Clerk of Court is directed to resend the Order Re Consent or Request for

8    Reassignment to all parties in this case.  A party who has already returned his or her consent form

9    is not required to submit another one.

10   DATED: October 23, 2023

11   _____
     ALLISON CLAIRE
12   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2