UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EILYA MOGHADDAM, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-01283-TLN-AC<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff filed objections to the findings and recommendations along with a motion for an extension of time so that his objections would be timely filed. However, Plaintiff's objections were timely filed without the need for an extension of time. *See Houston v. Lack*, 487 U.S. 266 (1988) (establishing the prison mailbox rule). As a result, the court denies the motion for an extension of time as moot.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

1  Court finds the findings and recommendations to be supported by the record and by proper
2  analysis.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. Plaintiff's motion for an extension of time to file his objections (ECF No. 77) is
5  DENIED as moot;
6        2. The findings and recommendations (ECF No. 75) are ADOPTED IN FULL;
7        3. Defendants' motion for partial summary judgment (ECF No. 57) is GRANTED;
8        4. Plaintiff's cross-motion for summary judgment (ECF No. 62) is DENIED as moot; and
9        5. This case shall proceed to trial solely on the issue of whether Defendant Officer
10 Wheeler was deliberately indifferent to Plaintiff's safety and medical needs when he transported
11 plaintiff improperly and drove recklessly in a manner that caused pain and injury.
12       IT IS SO ORDERED.
13 Date: September 16, 2024

Troy L. Nunley
United States District Judge