1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  LE-MAI D. LYONS, State Bar No. 285756
   Supervising Deputy Attorney General
3  S. GRAY GILMOR, State Bar No. 344232
   Deputy Attorney General
4    600 West Broadway, Suite 1800
     San Diego, CA 92101
5    P.O. Box 85266
     San Diego, CA 92186-5266
6    Telephone:  (619) 873-8830
     Fax:  (619) 645-2581
7    E-mail:  Gray.Gilmor@doj.ca.gov
   *Attorneys for Defendant*
8  *Z. Wheeler*

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO DIVISION

12

13

14 | **ANDREW VASQUEZ,** | 2:19-cv-01283-AC |
|---|---|
15 | Plaintiff, | **DEFENDANT'S NOTICE OF CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE AND REQUEST TO TERMINATE DAVID E. BRICE FROM SERVICE LIST** |
16 | v. | |
17 | | |
18 | **EILYA MOGHADDAM, et al.,** | **[L.R. 182(c)(1)]** |
   | Defendants. | |
19 | | Judge:         The Hon. Allison Claire |
20 | | Trial Date:   July 28, 2025 |
   | | Action Filed: July 10, 2019 |

21       **TO THE COURT AND PLAINTIFF ANDREW VASQUEZ (AP5438), PRO SE:**

22  **PLEASE TAKE NOTICE** that, as directed under Local Rule 182(c)(1), Defendant Z. Wheeler

23  advises Plaintiff Andrew Vasquez and the Court that his attorney designated for service has

24  changed.

25  / / /

26  / / /

27  / / /

28  / / /

                                        1

The attorney formerly designated for service was:

>   DAVID E. BRICE, State Bar No. 269443
>   Supervising Deputy Attorney General
>   1300 I Street, Suite 125
>   P.O. Box 944255
>   Sacramento, CA 94244-2550
>   Telephone: (916) 210-7870
>   Fax: (916) 327-8643
>   E-mail:  David.Brice@doj.ca.gov

The attorney now designated for service is as follows:

>   S. GRAY GILMOR, State Bar No. 344232
>   Deputy Attorney General
>   600 West Broadway, Suite 1800
>   San Diego, CA 92101
>   P.O. Box 85266
>   San Diego, CA 92186-5266
>   Telephone: (619) 873-8830
>   Facsimile: (619) 645-2581
>   E-mail: Gray.Gilmor@doj.ca.gov

Additionally, the undersigned counsel respectfully requests that the Court terminate David E. Brice from the service list is this case.

Dated:  March 3, 2025                     Respectfully submitted,

                                          ROB BONTA
                                          Attorney General of California
                                          LE-MAI D. LYONS
                                          Supervising Deputy Attorney General


                                          */s/S. Gray Gilmor*
                                          S. GRAY GILMOR
                                          Deputy Attorney General
                                          *Attorneys for Defendant*
                                          *Z. Wheeler*

SA2021305045
84990043.docx