

**FILED**

MAR 10 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

2:19CV-1283-TLN-AC (PC)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW VASQUEZ,
    Plaintiff,

v.

EILYA MOGHADDAM, et al.:,
    Defendants.

CASE NO. 2:19-cv-01283-TLN-AC
NOTICE MOTION REQUEST FOR PRELIM
PRELIMINARY HEARING CONFERANCE/
SETTELMENT HEARING CONFERANCE/
PRETRIAL CONFERENCE PER FRCP
RULE 26(f)(1)-(2) AND FRCP RULE
16(b)(1)

NOW COMES, ANDREW LEO VASQUEZ, PPlaintiff and hereby makes a rquest to hold a Pretrial conference/ Preliminary hearing conference PER FRCP Rule 26(f)(1)-(2) and Rule 16(b)(1) as stated above in the herein submitted document. This request is made in a good faith effort to clairify the legal and factual issues of which there are many; to confere on stipulations concerning facts which are not disputed see Frett v. Government of Virgin Islands, 839 F.2d 968, 971-72 (3d Cir. 1988) ; the need to compell and complet discovery I.E. vedio footage of the perimeter of CSP Sacramento on the date of the Injuries and Violations to Plaintiffs U.S.C. RIGHTS on 06-21-2018 said footage of the transportation van leaving and its off road exploits return vaulting into the air and severly jarring landings and its curb hopping coming to a brake slamming halt a foot or less from crashing into the building which leads to TTA leaving tier streaks in the cement and causing wanton pain and injuries that Plaintiff still lives with todate , as well as Documents such as D.T.S Daily Transportation Sheet and T.R.O Temporary Release Order for said date these documents should have information such as Departure and arrival time to R&R vehical information

of Odomiter milage from start to finnish thus giving a round trip of miles and gas consumtion , Plaintiff has also requsted for Data such as rate of speed  this data is containd on the vehicals computers , all this and more Plaintiff requested from Defenant via form 22 and to his supervisor STG. Baker via form 22 in writing and these 22 forms were included in Appeals form 602 one such 602 appeal which went to HQ review   TLR CASE NO#1813244 this information was again requested with my report of excesive force and diliberate indiffereance which was investigated by LT. Matthews on 08-07-2018 and on the same date LT. Matthews informed me that a comlaint against a police officer PER PC§148.6 which I signed I also asked to see the vedio he told me STG. Baker would let me see it at a later date which never happened, on 08-15-2018 got a PARTIAL GRANT due to staff personnel matters are confidential, I have rquested these from the Defendants and parties involved I have requested them from the Defence yet they have not turned them over I have given the Defence everything I had for Discovery yet they do not give these videos and Documents they do not even give me an affidavit of the Defendants account of his actions on that date of injuries and Violations on 06-21-2018 nor of his interagation by the investigator LTr Matthews , I can only surmize that the Defence dosnt like what the video and Reports show there guilt, I request that if the Defence dose not agree to furnish these at said Pretrial Conference that they be compelled to; more to discovery issues as to which  evidence is admissibility ; the authenticity of documents; identifying witness such as Plaintiff will be a incarcerated witness who agrees to testify on his own behalf and Plaintiff also request

Defendant Officer Wheeler to be a wittness who agrees to attend or if not how many miles will he be traviling to Court ? or will this be remote attendance ? ; also eliminating unnecessary or repetitive evidence ; also as stated by Defence before the summary judgment now that the case is suvived summary judgment and is moving to trial Plaintiff in good faith request a chance to hold settelment conferene I do believe this can be done this will save the Court its much need time and the collective expence of continued littigation; and as wellas any other aspects of managing this case and this trial such as how many days of trial and jurry selection .

## VERIFICATION

I , ANDREW LEO VASQUEZ, Plaintiff in this matter do hereby declare that the above document herein is true and correct to the best of my ability and knowledge under the penalty perjury of law . This document was executed on this 4th day of MARCH in the year of 2025 , in the prison of CMC in the city and county San Luis Obispo , CA 93409 .

3-4-25

DATE

SIGNATURE OF ANDREW LEO VASQUEZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANDREW VASQUEZ,
    Plaintiff,

V.

EILYA MOGHADDAM, ET AL.
    Defendant(s).

Case Number: 2:19-CV-01283-TLN-AC

PROOF OF SERVICE

I hereby certify that on  03-04-25 , I served a copy of the attached  MOTION FOR REQUESTING PHC/SHC/PRETRIAL CONFERENCE ,
by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said enevelope in the United States Mail at  CSP-CMC-EAST :

UNITED STATES COURTS
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 I street, STE 4-200
Sacramento, CA 95814-2322

I declare under penalty of perjury that the forgoing is true and correct.

ANDREW LOU VASQUEZ
#AP7458
PLAINTIFF